UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EDDIE W. HOLCOMB, SR., <br><br> Plaintiff, <br><br> v. <br><br> NORFOLK SOUTHERN RAILWAY COMPANY, F/K/A, NORFOLK AND WESTERN RAILWAY COMPANY, AND SOUTHERN RAILWAY COMPAN, and NORFOLK SOUTHERN CORPORATION. <br><br> Defendants. | JURY TRIAL DEMANDED <br><br><br> CIVIL ACTION <br> FILE NO. 1:09-CV-0891 <br> RWS |

## CERTIFICATE OF INTERESTED PERSONS

(1) The undersigned counsel of record for the parties to this action certify that the following is a full and complete list of all parties of this action:

*On behalf of Plaintiff*:

Eddie Holcomb, Sr.

(2) The undersigned further certify that the following is a full and complete list of all other persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

1

*On behalf of Plaintiff:*

Warshauer, Poe & Thornton, P.C., and its partners

Beverly Holcomb

(3) The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

*Counsel for Plaintiff*: Michael J. Warshauer, State Bar Number 018720, Douglas C. Dumont, State Bar Number 232680, Warshauer Poe & Thornton, P.C., Suite 2000, 3350 Riverwood Parkway, Atlanta, Georgia, 30339;

WARSHAUER POE & THORNTON, P.C.

By:  /s/ Douglas C. Dumont
Michael J. Warshauer
State Bar Number 018720
Douglas C. Dumont
State Bar Number 232680
Suite 2000
3350 Riverwood Parkway
Atlanta, Georgia 30339
(404) 892-4900
Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **EDDIE W. HOLCOMB, SR.,** | |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| **NORFOLK SOUTHERN RAILWAY COMPANY, F/K/A, NORFOLK AND WESTERN RAILWAY COMPANY, AND SOUTHERN RAILWAY COMPAN, and NORFOLK SOUTHERN CORPORATION.** | **CIVIL ACTION FILE NO. 1:09-CV-0891 RWS** |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2009, I electronically filed PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Scott E. Smith, Esq.
Fisher & Phillips LLP
1500 Resurgens Plaza
945 East Paces Ferry Rd
Atlanta, Georgia 30326

|  |  |
|---|---|
|  | **WARSHAUER POE & THORNTON, P.C.** |
|  |  |
|  | /s/ Douglas Dumont |
| Suite 2000 | Michael J. Warshauer |
| 3350 Riverwood Parkway | Georgia Bar No.: 018720 |
| Atlanta, Georgia 30339 | Douglas C. Dumont |
| 404-892-4900 | Georgia Bar No.:  232680 |
| 404-892-1020 – Fax | Attorney for Douglas Burchfield |
| mjw@warpoe.com |  |
| dcd@warpoe.com |  |

## CERTIFICATE OF COMPLIANCE

I certify that the documents to which this certificate is attached have been prepared with one of the font and point selections approved by the Court in LR 5.1C (Times New Roman, 14 pt.) for documents prepared by computer.

This __ day of May, 2009.

By: /s/  Douglas C. Dumont