UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **EDDIE W. HOLCOMB, SR.,**<br><br>    Plaintiff,<br><br>v.<br><br>**NORFOLK SOUTHERN RAILWAY COMPANY, F/K/A, NORFOLK AND WESTERN RAILWAY COMPANY, AND SOUTHERN RAILWAY COMPANY, and NORFOLK SOUTHERN CORPORATION.**<br><br>    Defendants. | **JURY TRIAL DEMANDED**<br><br><br>CIVIL ACTION FILE<br>NO. 1:09-CV-0891-RWS |

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

<u>For Defendants</u>:   Norfolk Southern Corporation
                        Norfolk Southern Railway Company

Atlanta 1192840.1

**(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

<u>For Defendants</u>:  None

**(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

<u>For Defendants</u>:  E. Scott Smith
Brian M. Herman
FISHER & PHILLIPS LLP
1500 Resurgens Plaza
945 East Paces Ferry Road
Atlanta, Georgia 30326
(404) 231-1400 Phone
(404) 240-4249 Facsimile

This the 7th day of May, 2009.

Respectfully submitted,

/s/ Brian M. Herman
E. Scott Smith, Esq.
Georgia Bar No. 656736
Brian M. Herman, Esq.
Georgia Bar No. 910510
FISHER & PHILLIPS LLP
1500 Resurgens Plaza
945 East Paces Ferry Road

Atlanta, Georgia 30326
Phone:      (404) 231-1400
Fax:          (404) 240-4249

3

Atlanta 1192840.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May, 2009, I served a copy of the foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

>Michael J. Warshauer
>Douglas C. Dumont
>Warshauer Poe & Thornton, P.C.
>3350 Riverwood Parkway
>Suite 2000
>Atlanta, GA 30339

>/s/ Brian M. Herman